Scott Maurer (CSB #180830)
ALEXANDER COMMUNITY LAW CENTER
1030 The Alameda
San José, CA 95126
Phone: (408) 288-7030
Fax:     (408) 288-3581

**E-filed 1/4/06**

Attorneys for Plaintiff GENE SEALOCK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| GENE SEALOCK, individually and on behalf of the general public<br>　　　　　Plaintiff,<br>　　vs.<br>ALLIANCE ASSET MANAGEMENT, INC. an Illinois corporation<br>　　　　　Defendant. | Case No: C 05-04052 JF<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>{F.R.Civ.P. 41(a)(1)(i)} |

TO: The Court and all parties of record.

　　Notice is hereby given that the claims for relief contained in the Complaint in the above-captioned matter are dismissed without prejudice.

Date: December 22, 2005　　　　　　　　　　____/s/_____

　　　　　　　　　　　　　　　　　　　　　　Scott Maurer

　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　GENE SEALOCK

12/28/05 IT IS SO ORDERED.   Judge Jeremy Fogel, United States District Court
　　　　　　　　　　　　　　　　/s/electronic signature authorized

REQUEST FOR DISMISSAL　　　　　　　　　　　　　　　　　　　　　　　#C05-04052 JF